UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor:  **HUNSTAD, SUSAN**

Chapter 13 Case No.  **05-31044**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount | |
|---|---|---|---|---|
| CAPITAL ONE<br>PO BOX 85167<br>RICHMOND, VA  23285 | 11 | $1,274.22 | $93.06 | #32598 |
| CAPITAL ONE<br>PO BOX 85167<br>RICHMOND, VA  23285 | 13 | $1,467.88 | $147.77 | #32597 |
| CAPITAL ONE<br>PO BOX 85167<br>RICHMOND, VA  23285 | 14 | $939.38 | $83.85 | #32596 |

TOTAL TO CLERK'S FUND                $324.68

**March 24, 2010**                    /s/ Kyle L Carlson
DATE                                 TRUSTEE

RECEIVED 2010 MAR 29 AM 11:08 U.S. BANKRUPTCY COURT DULUTH, MN